**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SCHOOL BOARD** | **CIVIL ACTION NO. 23-cv-1424** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **META PLATFORMS INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 34] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 35] by filed Plaintiff St. Martin Parish School Board ("Plaintiff") and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 15] filed by Plaintiff is **DENIED.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 8th day of December 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE